14-343-KD-C

Plaintiff Name:
KAREN PADGETT Brown

Defendant(s)
Mobile County Commissioners

Mercer Ludgood
Joe Ruffer
Ted Lawson
Robert Gordan
Fletcher Robinson
RAy Shelley
Lee Franks
Ricky Scott Mitchell  Public Works
Neal Howard  Public Works Asst

Keith Weed
ORA Williams

FILED JUL 23 '14 PM 12:38 USDC-ALS

Grounds for Jurisdiction (Job Discrimination)

Plaintiff Address
KAREN PADGETT-Brown
6407 Gaslight LN N
Mobile, Alabama
36695

Defendant name
Mobile County Commission
205 Government St

Mobile Alabama
36633

# Complaint

1. Mobile County Commissioner and defendant names knowingly, promptly allowed hostile work environment from the defendants named Wrongful Termination.

2. Knowingly and permittly allowed Harrassment toward (Karin Padgett Brown (Ray Shelly was found guilty). When reported they Retallied. No promotion name removed from advance list.

3. Knowingly and permitted Workplace bulling. Accusing charging AWOL was for to use Vaction time.

4. Knowingly and Permitted my annual job to be signed off by Ray Shelly when Mr.Shelly not to come to my office. Sexual Harrassment.

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Karen P. Brown<br>6407 Gaslight Lane North<br>Mobile, AL 36695 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
| --- | --- | --- | --- |

☐　*On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| 846-2014-05681 | Erika LaCour,<br>Local Office Director | (251) 690-2585 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐　The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐　Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐　The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐　Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒　The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐　The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐　Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*

Enclosures(s)

**Erika  LaCour,
Local Office Director**

04/23/2014

*(Date Mailed)*

cc:　**MOBILE COUNTY COMMISSION**
c/o Scott Hetrick, Esq.
P.O. Box 1348
Mobile, AL 36633-1348

Enclosure with EEOC
Form 161 (11/09)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.***

February 1, 2014

US EEOC
63 South Royal Street
Suite 504
Mobile Alabama 36602


Karen P Brown
6407 Gaslight Ln. N
Mobile, Alabama  36695

My troubles started when I purchased parts from (FPS Technologies
Birmingham, Alabama) to save money for the County.  This is part of my
job description to choose the best prices. (See Exhibit 1 & Response)  **Mr.
Shelley**, my supervisor, was upset because I did not purchase from ASC
Volvo which was four times the expense.  He took me to Ted Lawson's
office saying I did not have the right to change vendors.  Mr. Lawson said I
did have the right and he agreed with me.  Mr. Lawson is the
Superintendent of Public Works. I continued to buy from the least expensive
vendor.  After this incident, **Mr. Shelley** started the harassment (See Exhibit
1B-thru-1D & Response.) dated 11-24-09 my letter to Mr. Ruffer he is the
Director of Public Works and to Mr. Lawson.  **Mr. Shelley** was warned to
leave me along and let me do my job.  **Mr. Shelley** issued an AWOL
(ABSENT WITHOUT LEAVE)/ absent without permission.  I personally
called on December 30, 2009 and spoke with **MR. SHELLEY** requesting an
additional day off for my vacation.  I had more vacation time available and
he said okay granting my request.   On January 4, 2010 requested a hearing
denying that I called him. (**See PHONE RECORDS**) Exhibit # 2thru-2E.

I decided to seek legal action by filing a grievance because the harassment
Continued and I felt helpless. (See Exhibit #3 thru 3A) October 14, 2011
thru October 19, 2011 and See Exhibit #4 December 14, 2011.  After the
grievance, **Mr. Shelley** used another tactic of harassment by interfering
With my order for repairs. See Exhibit#5 the employee counseling record
My response (See Exhibit #6). I sent this complaint to **Mr.Ruffer Director
of Public, Mr.Gordon Equipment Supervisor, and to Mr. Robinson,
Parts Manager.**   As a result of my letter of complaint, I was called in to
meet with the County Attorney. (See Exhibit #7) April 19, 2013

I sent a response to **Martha Durrant, County Attorney** to explain that my complaint was **not** for sexual harassment (See Exhibit#8). See Exhibit#9 for her response July 1. 2013

In May 2013 I contacted **Mrs. Finese Howard** Human Resource Officer about an ethics violation code performed by **Eddie Rome, Auto Parts Buyer.**
See Exhibit # 10. May 28, 2013.   See Exhibit #11 July 19, 2013 is the response received for Exhibit#10 dated May 28, 2013.   In July 2013 I completed a complaint form (See Exhibit# 12) and received a response from **Mr. Evans, General Counsel of the Ethics Commission (See Exhibit #12A).**

On November 27, 2013 I received a dismissal form from **Mr. Shelley** See Exhibit#13 (dismissal). For purchasing parts on my personal vehicle which I have paid receipt.  See Exhibit#14.  As a result of this, I request A form from **Mr. Robinson Parts Manager** to file another grievance for Retaliation and Harassment.  **Mr. Robinson** told me that Mr. **Gordon Equipment Manager** said that I could not file a grievance because there has not been an answer to the hearing, (See Exhibit# 15) letter to **Mr. Dees Personnel Director** December 2, 2013.  (See Exhibit#16) for response from **Mr. Dees.**  Hearing with the Personnel Board schedule for January 16, 2014 has been rescheduled for February 18, 2014 at 9:00am.

)

U.S. EEOC
63 South Royal Street
Suite 504
Mobile, AL. 36602


Karen P. Brown
6407 Gaslight Ln. N.
Mobile, Alabama 36695

QUESTION # 4-13

What is the Reason (basis) for your claim of employment discrimination?
I reported an ethic violation  to the Ethic Committee. When I reported this
violation to Montgomery, Alabama all parties evolved were found guilty of
using a vendor for personal gain. My work load increased tripled, my breaks
and lunches were shorter and shorter and eventually it all disappeared.  I
Was taking breakfast, lunch and afternoon breaks at my desk. The work load
kept increasing with new duties. I began to request for help all request were
denied.  I had disciplinary hearings of incompetence because I was not
keeping up with the work load. I was denied promotion, accused of stealing,
I had paid for all my parts.  I was denied training when a younger white male
received training 4 to 5 times or more. I was denied overtime/comp time.
the younger white received 25-35 hours of overtime/ comp time. When I
complained about this I was told that it is up to the supervisor to select
whom every he wants to select.  This supervisor that makes those calls was
charged with harassment.  The charge of harassment was filed by me
through the Mobile County Personal Board.  I had no idea that the Director
Theodore Lawson and Ray Shelly Supervisor were redirecting the
complaints to themselves not letting the Personal Board know what my
concerns.  See Attachment.  In this complaint the County Attorney lied
about the discrimination, she lied about the entire meeting.  Attachment 5a is
another example of the constant harassment that I have had to mentally
endure. Mr. Shelly signed for the hearing to take place. I made the call to
Mr. Shelly (see Tmobile on 12-30-2009) I talk to him. Lawson and Shelly
Were astounded when I caught them in a lie. Lawson and Shelly then put the
blamed Keith Weed for the foul up.  In the enclosed paperwork read and see
How my life has been. I have developed diabetes for not eating at the proper
time schedule. My nerves are shot, my hair has fallen out.  I come to work in
fear, wondering who is at me next.  How will they sabotage my work, what

are they planning for me. Most of all I know that I have Civil Rights. I am a hard worker, I am educated and I have knowledge of parts and purchases. I am not a thief; I pay for anything I need for myself. Hearing June 1, 2010-July 28, 2010 incompetence. I was run over by a truck in the employee parking lot March 8, 2010. I was off workman compensation. When I returned to work my desk was filled with Purchase Orders that basically piled there, no other buyer was allowed to help per Ray Shelly. This was another one of Ted Lawson and Ray Shelly schemes to deem me incompetent, I had to talk to the Account Payable Director Judy Ford. She did not know that I had got ran over in the parking lot. All this was thrown out. The mental anguish that I have suffered has left me with serious health issued.

Thank you,

Karen Padgett-Brown

01-10-2014

846-2014-05681

U.S. EEOC
63 South Royal Stree
Ste 504
Mobile, AL 36602

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: Brown   First Name: Karen   MI: P

Street or Mailing Address: 6407 Gaslight Ln N   Apt or Unit #:

City: Mobile   County: Mobile   State: Alabama   Zip: 36695

Phone Numbers: Home: (251) 554-2676   Work: ( )

Cell: (251) 554-2676   Email Address: adairpadgett6407@comcast.net

Date of Birth: 10-24-1952   Sex: ☐ Male ☒ Female   Do You Have a Disability? ☒ Yes ☐ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☒ Black or African American ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? American

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:

Name: adair Padgett   Relationship: Son

Address: 3020 Aster Place   City: Mobile   State: AL   Zip Code: 36619

Home Phone: (251) 370-4864   Other Phone: ( )

**2. I believe that I was discriminated against by the following organization(s): (Check those that apply)**

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.

Organization Name: Mobile County Commissioner

Address: 205 Government   County: Mobile

City: Mobile   State: AL   Zip: 36602   Phone: ( )

Type of Business: County Agency   Job Location if different from Org. Address: 1200 N. Schillenger Rd N.

Human Resources Director or Owner Name: Finese Howard   Phone: ( ) ?

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☒ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No

Date Hired: 11-03-2007   Job Title At Hire: Auto Parts Buyer

Pay Rate When Hired: $ 14.50   Last or Current Pay Rate: $ 14.50

Job Title at Time of Alleged Discrimination: Auto Parts Buyer   Date Quit/Discharged: 11-27-2013

Name and Title of Immediate Supervisor

p.2

Of the persons in the same or similar situation as you, who was treated *worse* than you?

    Full Name    Race, Sex, Age, National Origin, Religion or Disability  Job Title    Description of Treatment

A. _____ No One _____

B. _____

Of the persons in the same or similar situation as you, who was treated the *same as* you?

    Full Name    Race, Sex, Age, National Origin, Religion or Disability  Job Title    Description of Treatment

A. _____ No One _____

B. _____

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

**9.** Please check all that apply:
- ☐ Yes, I have a disability
- ☐ I do not have a disability now but I did have one
- ☐ No disability but the organization treats me as if I am disabled

**10.** What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____

_____

**11.** Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

_____

**12.** Did you ask your employer for any changes or assistance to do your job because of ~~your disability?~~
☑ Yes ☐ No     Robert Gordan
If "Yes," when did you ask? _____ How did you ask ((verbally) or in writing)? Verbally
Who did you ask? (Provide full name and job title of person)
Robert Gordan, Ray Shelly, Fletcher Robinson
Describe the changes or assistance that you asked for: _____
" None "
How did your employer respond to your request? No Reponse (Told me Buffs One can do this )

p.3

Superintendent of Public Works
**Theodore H. Lawson**

Assistant Superintendent of Public Works
**Richard H. Crist, P.L.S.**

Equipment Services Manager
**Robert J. Gordon**

Superintendent of Building Maintenance
**George E. Oaks**

Director of Inspection Services
**Ted Montgomery**

Director, Public Safety Communications
**Eric M. Linsley**



# MOBILE COUNTY PUBLIC WORKS

Director of Public Works / County Engineer
**Joe W. Ruffer, P.E.**
1150 Schillinger Road North
Mobile, AL 36608
251-574-4030

November 24, 2009

Ms. Karen Brown
Auto Parts Buyer
Department 96
Mobile County Public Works

Dear Ms. Brown:

I have scheduled your Step I Grievance to be held on Monday, November 30, 2009, at 8:15 a.m. in the office of Mr. Ted Lawson. Please let me know if you wish to have anyone present at this meeting so that I can make sure they will be available. (The total number of witnesses cannot exceed five).

In addition, I am enclosing a copy of our harassment policy and making you aware that your complaint has been forwarded to the County Administrator, as required by this policy.

Sincerely,

Richard H. Crist, Sr.
Public Works Assistant Superintendent.

/js

Copy   Ray Shelly
       File

Karen Padgett-Brown
6407 Gaslight Ln N.
Mobile, Alabama 36695
November 24, 2009

Mobile County Public Works
Superintendent of Public Works
Theodore H. Lawson
1200 Schillenger Rd N.
Mobile Alabama 36608

*Response*

Equipment Service Manager
Robert J. Gordan

Dear Sirs;

Old style, dictatorial management practices is a thing of the past. Mr. Shelley will not allow me to contribute. My job as an Auto Parts Buyer is to get the best pricing for the best quality part, for the benefit of Mobile County. According to the Code of Alabama (1975), Title II Subtitle 1, and Policy GPP-9. When a suggestion is made by me, I present an invoice ( Po #138344) to Mr. Shelley references of the amount of charges by ASC Volvo. Which I question ASC about the amount of the product sold to Mobile County I became unpopular.

I was told by Mr. Shelley not to call ASC Volvo anymore. My conversation with ASC was a professional conversation. I asked about the best pricing and the freight charges. My presentation to Mr. Shelley was also handled in a professional manner. I presented to him a way to save money on the same exact product from another vendor. With no down time on the equipment. On ( Po #138945) I purchased six of these items all total of $144.00 including freight (FPS Technologies Birmingham, Alabama) this is my job to save, not to join in with frivolous spending.

I can get a call on the radio from outside mechanics I come up with a plan to get the job done, and the next thing I know Mr. Shelley is breathing down my neck, second –guessing what I have done. He is bias and prejudice toward the female gender. He makes the workplace an environment hostile setting, which interferes with my work performance. Mr. Shelley withholds information from me so I am always last to know or I do not know what is going on at all. He has the tendency to group or isolate (calling people morons or referring to people as idiots). He discriminates as defined under

the human rights legislation. His yelling, belittling towards me is over powering; he interrupts and is a poor listener. I respect Mr. Shelley title and I know who he is. Mr. Shelley level of disrespect towards me is a major distraction and is measurable abusive. This type of disrespect involves coercion, intimidation, and has caused me stress. I pay attention to the moods, reactions, and behaviors of Mr. Shelley he demonstrates a personal agendas; he bring old wounds into the Mobile County and this environment which is very toxic. Mr. Shelly is defensive when given feedback that is necessary. With the frequency and severity of the workplace disrespectfulness of Mr. Shelley he created the negative impact on productivity; he has created bad feelings and low morale. There has been five to six women in this department and in my position that has left prior for some of the same problems of disrespect that is being displayed under Mr. Shelley's supervision. This act of disrespect has occurred here in this place. These women got frightened, (bullied) left the county, or transferred out. Pull the records and see the pattern. Disrespect often poses a barrier to effective communication. With regards to my performance, my purchase orders are turned in a timely manner and there are no outstanding purchase order and no invoices that our creditors are call about that does not has a purchase order number on the invoices. Also I do not make any purchases made without a purchase order number. Mr. Shelley thrives with this nature of disrespect. He punishes employees who achieve and excel. I take pride in myself because when I make a purchase of any item for Mobile County, if it is not for the best toward the Mobile County then I bid with the vendor who is trying to make an honest living. I do not make purchases with the vendor who triple charges us because we a government agency. This is one of the reason Mr. Shelley targeted me because I do not have a personal agenda. Mr. Shelley has intentionally waged war against me, because I am highly skilled, intelligent, creative, ethical, educated, and I am able to work well with others. Mr. Shelley clearly has created a work environment that a reasonable person as me considers intimidating, hostile and abusive. Anti-discrimination laws prohibits harassment against individuals in retaliation for filing a complaint.

*Karen Padgett Brown*

Karen Padgett-Brown
6407 Gaslight Ln. N.
Mobile, Alabama 36695

Mobile County Commissioner
Mercier Ludgood
Jeff Dean
Stephen Nodine

*Response*

Mobile County Public Works
Director of Public Works/County Engineer
Joe W. Ruffer, P.E.
Superintendent of Public works
Theodore H. Lawson

Dear Sirs/Madam:

On November 24, 2009 a Step One Grievance Hearing was held by Mr.
Theodore H. Lawson as a result of a charge that I (Karen Padgett-Brown)
against Mr. Ray Shelley Department 96 Garage Supervisor. The charge of
Unlawful Harassment.   I wanted this incident to just be over and done, just
to return to my thoughts, efforts and duty. . Mr. Lawson assured me that
there would be no further action of this type would take place. Also I would
not have to be concerned about a Hostile Work Environment.  Once again
Mr. Shelley has made this Hostile Environment a permanent part of the
office.  He (Mr. Shelley) undermines and destroys anyone who he perceives
to be an adversary, a potential threat or who can see through his mask. He
adept at creating conflict between those who would otherwise collate
incriminating information about him.  He pursues a vindictive vendetta
against me. Mobbing is a modern term for systematic bulling, harassment, or
psychological terror, especially in the workplace, whereby one person is
"ganged up" on and stigmatized by Mr. Shelley for reasons that are not
genuinely or justifiable known to most of those who are mobbing the victim
(me, Karen Padgett-Brown).  Mobbing can be compared to bullying at the
workplace. Mobbing denotes, however, more specifically a "ganging up" by
Mr. Shelley, by co-workers to force me out of the work place through rumor,
innuendo, intimidation, discrediting, isolation and particularly, humiliation.
This Mobbing has affected me (Karen Padgett-Brown) mentally and
physically to a great extent.  The mandate was given to Mr. Shelley,
something he chose to ignore. I reported this harassment, which was stated

as ("blame being shifted"), self image under assault and must be protected. According to pursuant (29CFR24.104.11) I have no other choice but to file for Retaliation in pursuant of (29CFR24.104.11). Under Title VII of Civil Right Act of 1964. Mr.Shelley has a Jekyll and Hyde nature  he can be vile, vicious and vindictive in private, but innocent and a charming in front of witnesses; no-one can (or wants to ) believe this individual has a vindictive nature- only  the current TARGET of his aggression sees both sides; while the Jekyll side is described as "charming" and convincing enough to deceive personnel, management and a tribunal, the Hyde side is frequently described as "evil"  Hyde is the real person, Jekyll is an act.  Mr. Shelley has sabotaged my character, he has poisons the workplace with angry outbursts, he intimidates through gesture, purposefully to cut me (the target) out of the workplace . Through innuendo, rumors, and public discrediting Mr Shelley is continuing creates a hostile environment for the (targeted) person me. Mr. Shelley has initiated the mobbing, bulling workplace harassment the desperate urge to crush and eliminate me. This urge has traveled through the workplace like a virus, infecting one person after another.  As his campaign proceeds, a steadily large range of hostile ploys of communications comes to be seen as legitimate". Workplace mobbing is normally carried out politely. Mr. Shelley has relentlessly undermined his collective campaign to exclude, punish and humiliate me.  Bullies are very good at convincing others, including coworkers and managers, that the victim (which is me) deserves the abuse that I have been subjected to. As the attacks continue day in and day out I (the target) have become worn down.  This is stereotypical in "mobbing bullies" any incident will be used to turn the tables on me (the target) and the bully (Mr.Shelley) will loudly proclaim that this proves that I am (the target) is the real troublemaker.  This often gives management who has done nothing about the bullying, the opportunity to bring formal disciplinary measures against me (the target) and the victim (Karen Brown) winds up being the one who is punished.  This adds insult to injury as the mobbing continues to escalate out of control especially once the managers have gotten onboard with the abuse and have sided with the bully (Mr. Shelley).

Karen Padgett-Brown

RECEIVED

NOV 24 2009

By _____

# COMPLAINT FORM

To be used in filing complaint under **STEP ONE** of Personnel Board Grievance Procedure. (Rule XVI.)

KAREN PADGETT-BROWN

Employee's Name

96

Department

Auto Parts Buyer

Job Classification

11-24-2009

Date Complaint Arose

Jurisdiction

Date Filed With Department Head/Supervisor

I am submitting the following complaint as required by Step One of the Personnel Board Grievance Procedure to be processed.

<u>Nature of complaint</u>: (If additional space is needed, use plain paper and attach.)

Hostile Work Environment / Harassment Constant ~~Alter~~ Harasser Ray Shelley Title VII of Civil Right Act of 1964

<u>Settlement or remedy desired</u>:

To be Able to do my work without being harassed. Transfer to Another Camp, Same title, Same Pay. Remove my Desk and Computer to Location.

KAREN Padgett-Brown

Employee's Signature

6407 Gaslight Ln N

Mailing Address

Mobile Alabama 36695

City, State & Zip Code   Telephone (work & home)

I have received a copy of Step One Complaint Form on: 11/24/09 (date)

Signature: _____ (name)

Form No. 30R

Superintendent of Public Works
**Theodore H. Lawson**

Assistant Superintendent of Public Works
**Richard H. Crist, P.L.S.**

Equipment Services Manager
**Robert J. Gordon**



Superintendent of Building Maintenance
**George E. Oaks**

Director of Inspection Services
**Ted Montgomery**

Director, Public Safety Communications
**Eric M. Linsley**

# MOBILE COUNTY PUBLIC WORKS

Director of Public Works / County Engineer
**Joe W. Ruffer, P.E.**
1150 Schillinger Road North
Mobile, AL 36608
251-574-4030

December 7, 2009

Ms. Karen Brown
Auto Parts Buyer
Department 96
Mobile County Public Works

Dear Ms. Brown:

On Monday, November 30, 2009, a Step 1 Grievance Hearing was held in my office as a result of your complaint of harassment and discrimination in the work place.

At this hearing, you expressed your concerns and Mr. Ray Shelly, your supervisor, responded to them. Your remedy desired was to be transferred to another work location at the same rate of pay and with the same job title.

Parts Buyers need to be located at our main shop area. This is where the major work is done on our equipment.

With this in mind, I cannot recommend that the remedy desired be granted.

Sincerely,

Theodore H. Lawson, Sr.
Public Works Superintendent

/js

Copy  Personnel Board
      County Attorney
      Ray Shelly
      File

Superintendent of Public Works
**Theodore H. Lawson**

Assistant Superintendent of Public Works
**Richard H. Crist, P.L.S.**

Equipment Services Manager
**Robert J. Gordon**



Superintendent of Building Maintenance
**George E. Oaks**

Director of Inspection Services
**Ted Montgomery**

Director, Public Safety Communications
**Eric M. Linsley**

## MOBILE COUNTY PUBLIC WORKS

Director of Public Works / County Engineer
**Joe W. Ruffer, P.E.**
1150 Schillinger Road North
Mobile, AL 36608
251-574-4030

December 7, 2009

*County Response*

Mr. Donald Dees, Director
Mobile County Personnel Board
P O Box 66794
Mobile, AL 36660-1794

Dear Mr. Dees:

On Monday, November 30, 2009, a Step One Grievance Hearing was held in my office. Ms. Karen Brown, Parts Buyer, was complaining that Mr. Ray Shelly, Garage Supervisor, was not letting her do her job. She listed as an example a purchase from ASC Volvo, where she stated she purchased the same quality parts for a lower price.

At this hearing, Ms. Brown and Mr. Shelly discussed many issues, the most important of these seemed to be that Ms. Brown felt that she was not being informed of important information as it related to her job. Ms. Brown stated that she was highly qualified to do this type of work and felt that she was being discriminated against because she was a woman in a man's job. She stated that Mr. Shelly yells at her, belittles her, tries to intimidate her, and disrespects her.

Mr. Shelly's response was that in regard to her not being informed, he had a meeting recently with the Parts employees, and while he was talking to them, Ms. Brown was working on the computer and obviously not paying attention. He said that he stopped his talk and told Ms. Brown that it was important for her to listen. Ms. Brown said that the subject did not have anything to do with her. Mr. Shelly told her to stop what she was doing and then he went back to his discussion.

When Ms. Brown said that she was a woman in a man's job, both Mr. Richard Crist and I told her that we didn't classify jobs by sex and that she needed to do her job to the best of her ability.

At this hearing, we discussed the complaints brought out by Ms. Brown and Mr. Shelly. It appears to me that several employees are trying to make themselves look better by blaming their co-workers or shifting blame away from themselves. This blaming others spreads quickly because it triggers the perception that one's self image is under assault and must be protected.

Mr. Donald Dees
Page 2

After hearing from Ms. Brown and Mr. Shelly, as well as the witnesses, it appears to me that Ms. Brown feels that she is being left out of the loop with regard to inventory. She was not involved and her co-worker was tasked with catching up for the audit.

Ms. Brown's remedy was to be transferred to a different location with the same title and same pay. She also requested that the harassment stop.

Ms. Brown is a capable person in her position, as is her co-worker, Mr. Lee Franks. These employees both work in the Parts Department at Camp I and the Parts Department is where these employees should be. Therefore, I cannot grant Ms. Brown the remedy that she desires. However, I feel that with cooperation from all concerned, this problem can be resolved at the Step I level.

Sincerely,

*Theodore H. Lawson, Sr.*

Theodore H. Lawson, Sr.
Public Works Superintendent

/js

Copy    Karen Brown
        Ray Shelly
        County Attorney
        File

## PRE-DISCIPLINARY HEARING

TO:                    KAREN BROWN
                    (Name of Employee)

FROM:            MOBILE COUNTY ROAD & BRIDGE - DEPT. 96
                    (Appointing Authority)

SUBJECT:            SUSPENSION/DISMISSAL
                    (Contemplated Disciplinary Action)

You are hereby advised that disciplinary action is contemplated against you for the following reason(s):

Violation of Personnel Board Rule 14.2 (a) absence without leave. You did not report to work or call into your supervisor to request leave on Thursday, December 31, 2009, as required. You were placed on absent without leave (AWOL) status for the day.

You are further advised that on __Thursday, January 7, 2010,__ at __7:30 a.m.__ in the office of Theodore H. Lawson you will be allowed to respond orally, or in writing, to the above if you so desire. You are not required to make any statement at this interview if you do not desire to respond. You are not entitled to an adversary hearing at this time, before the undersigned.

Should you be disciplined, you have a right of appeal as granted by the Rules of the Personnel Board.

_Theodore H. Lawson, Sr._
SIGNATURE OF RESPONSIBLE OFFICIAL

CERTIFICATE OF SERVICE

A copy of the foregoing was delivered to the above named employee on __1-05-2010__ at __4:15 Pm__.
   (date)            (time)

_Ray Shee_
SIGNATURE OF DELIVERER



RECEIVED
JAN 0 4 2010
By

Superintendent of Public Works
**Theodore H. Lawson**

Assistant Superintendent of Public Works
**Richard H. Crist, P.L.S.**

Equipment Services Manager
**Robert J. Gordon**

Superintendent of Building Maintenance
**George E. Oaks**

Director of Inspection Services
**Ted Montgomery**

Director, Public Safety Communications
**Eric M. Linsley**

# MOBILE COUNTY PUBLIC WORKS
### Director of Public Works / County Engineer
### Joe W. Ruffer, P.E.

Ray Shelly
Garage Supervisor
Equipment Maintenance
Department 96

January 4, 2010

Ted Lawson, Sr.
Superintendent
Public Works

Re: Karen Brown, Parts Buyer

Dear Mr. Lawson:

    Karen Brown did not come in to work on Thursday, December 31, 2009.  She did not request time off or call in to inform me of her intentions.   Therefore, I request a preliminary hearing be scheduled.

    Your assistance with this matter is appreciated.

Sincerely,

*Ray Shelly*

Ray Shelly

/dn

T-MOBILE 5983
6347 AIRPORT BLVD STE A
MOBILE, AL 36608-3173
(251)304-0885
Fax: (251)304-2193

Register #16
Trans #867
01-29-2010 17:21:23

**KAREN BROWN**      Mobile #: 2515542676      Account No: 506980267      Sales Rep: 0031853

| Quantity | Unit | SKU | Description | Price | Extension |
|---|---|---|---|---|---|
| 1 | EACH | AIRTIME | AIRTIME PAYMENT | 56.00 | 56.00 |
| | | | SALE AMOUNT | | 56.00 |
| | | | MOBILE, AL, MOBILE | | 56.00 |
| | | | TOTAL | | 0.00 |
| | | | | | 56.00 |
| | | | Check #862 | | -56.00 |

- **Cancellation and Return Policy**

Device Only Returns (for Devices purchased or received in conjunction with an activation or upgrade extension) – To receive a refund of the purchase price of my Device (less rebates received and shipping costs), I must return it (with original packaging and all contents) within the Return Period in an undamaged condition and in good working order to the place of purchase, and I must provide the original receipt. If I return an upgraded handset within **14 days of my upgrade date** (30 days in California; other states or jurisdictions may differ – ask your sales representative), my service agreement will revert to the original term prior to the upgrade. Limited Edition Devices are non-refundable.

**You may be required to pay a $10.00 restocking fee.**

Other Devices and Accessories (for Devices or accessories purchased without an activation) – If I purchased my Device without activating or making changes to my service, or I purchased accessories, I may return the Device or accessories within 30 days of purchase.

Prepaid airtime and e-coupons are non-refundable.

# T · ·Mobile·

Print   Close Window

**Summary of Unbilled Services as of:**      01/05/10 03:52:30 PM*

**Summary of Unbilled Services**

( Start Date: 12/24/09 - End Date: 01/23/10 )

| Feature | Time Period | Type | Included | Used | Remaining |
|---|---|---|---|---|---|
| Included Minutes | Whenever | Minutes | Unlimited | | |
| Nights | Nights | Minutes | Unlimited | 611.0 | Unlimited |
| Weekends | Weekends | Minutes | Unlimited | 24.0 | Unlimited |
| Mobile to Mobile | Whenever | Minutes | Unlimited | 362.0 | Unlimited |
| Call Forward | Whenever | Minutes | Unlimited | 0.0 | Unlimited |
| myFaves | Whenever | Minutes | Unlimited | 0.0 | Unlimited |
| | | Minutes | Unlimited | 0.0 | Unlimited |

* Usage for active or recently ended calls or data sessions may not be displayed.

**Unbilled charges exceeding your rate plan**

**Category**

| | Units | Amount |
|---|---|---|
| Calls to Directory Assistance, International Calls, Toll Calls, and/or additional minutes/messages | | $1.79 |
| **Total unbilled charges exceeding your rate plan:** | | $1.79 |

The "Charges Exceeding Your Rate Plan" section is intended to reflect charges in addition to your monthly recurring charge for your plan such as overage, roaming, long distance, and directory assistance charges. Taxes and fees, downloaded materials, roadside assistance, equipment protection, and other such charges are excluded. Some charges, such as roaming, may be delayed and may appear in subsequent bill cycles.

**Local Airtime, Long Distance and International Charges**

| Date | Destination | Time | Number | Call Type | Minutes |
|---|---|---|---|---|---|
| 12/31/09 | MOBILE, AL | 09:48 AM | 251-344-4000 | | 2 |
| 12/31/09 | INCOMING | 09:03 AM | Blocked NBR | | 5 |
| 12/30/09 | INCOMING | 08:17 PM | Blocked NBR | | 1 |
| 12/30/09 | INCOMING | 07:46 PM | Blocked NBR | | 2 |
| 12/30/09 | MOBILE, AL | 07:01 PM | 251-648-0935 | (V) | 1 |
| 12/30/09 | INCOMING | 06:58 PM | 251-648-0935 | (V) | 1 |
| 12/30/09 | INCOMING | 06:43 PM | Blocked NBR | | 2 |
| 12/30/09 | MOBILE, AL | 06:18 PM | 251-648-0935 | (V) | 1 |
| 12/30/09 | INCOMING | 06:13 PM | 251-648-3981 | (V) | 1 |
| 12/30/09 | MOBILE, AL | 06:10 PM | Blocked NBR | | 1 |
| 12/30/09 | INCOMING | 03:45 PM | 251-648-0935 | (V) | 3 |
| 12/30/09 | INCOMING | 03:27 PM | Blocked NBR | | 1 |
| 12/30/09 | INCOMING | 03:20 PM | Blocked NBR | | 1 |
| 12/30/09 | INCOMING | 03:16 PM | 251-648-3981 | (V) | 5 |
| 12/30/09 | INCOMING | 03:10 PM | Blocked NBR | | 4 |
| 12/30/09 | INCOMING | 02:21 PM | 251-648-3981 | (V) | 2 |
| 12/30/09 | INCOMING | 02:15 PM | 251-648-3981 | (V) | 6 |
| 12/30/09 | MOBILE, AL | 02:15 PM | 251-648-3981 | | 1 |
| | | 02:14 PM | 251-432-1010 | | 1 |

| 12/30/09 | INCOMING | 02:00 PM | 251-648-0935 | (V) | 1 |
| 12/30/09 | INCOMING | 01:40 PM | 251-648-0935 | (V) | 1 |
| 12/30/09 | INCOMING | 01:39 PM | 251-648-0935 | (V) | 1 |
| 12/30/09 | INCOMING | 01:36 PM | 251-648-0935 | (V) | 2 |
| 12/30/09 | MOBILE, AL | 01:09 PM | 251-574-3930 | | 1 |
| 12/30/09 | INCOMING | 12:37 PM | 615-941-3500 | | 17 |

| | | | | TOTAL MINUTES | 997 |

???message.localAirtimePrinter.footer???

1/5/2010

## Patient Discharge Medication List Report
### Infirmary West Hospital

Patient Name: Brown, James E
Allergies: No Known Drug Allergies                        HAR: VNJ4518                        Admission Date: 12/26/09

Contact your Physician before taking any additional prescriptions, over the counter medications, herbals or home remedies. Take this sheet with you to ALL followup appointments.

### Take Only These Medications

| Name/Strength of Medication | How/When to take Medication | Date/Time of next dose |
|---|---|---|
| enoxaparin (LOVENOX) 120 mg/0.8 mL injection<br>Last dose: -- | Inject 1 mg/kg into the skin every 12 hours. TAKE FOR 5 DAYS | 12/28/09 : 9 pm |
| hydrocodone-acetaminophen (LORTAB) 7.5-500 mg per tablet<br>Last dose: -- | Take 1 Tab by mouth every 4 hours as needed for Pain. | / / : |
| warfarin (COUMADIN) 5 mg tablet<br>Last dose: -- | Take 5 mg by mouth daily. | 12/29/09 : 3pm |

## INSTRUCTIONS TO PATIENT:

Show this form anytime you are asked about medications you take (doctor visits, diagnostic tests, emergency room, hospital, etc.).

Continue to update this form as your medications change. Ask your health care provider for assistance with changes as needed.

### New Medications Started After Discharge

| Prescriptions / Over the Counter / Herbal | Date |
|---|---|
| | |
| | |
| | |
| | |

I have received and understand the above information.       Discharge Date: _____

Patient/Significant Other Signature:_____   Date:_____

Nurse Signature:_____   Date:_____

Signed copy is for the Medical Record. One copy is for the patient.

Brown, James E Account: VNJ4518 Admit: 12/26/09

# GENERAL INFORMATION/SAFE

Reason for admission: _Neurology_  
Surgery/Procedure Date: _Venus thrombosis_  
Allergies: _NKA_  
Pain scale at discharge:  
0 1 2 3 4 5 6 7 8 9 10

**Most recent vital signs:**  
Temperature: _97.4_  Pulse: _61_  Respiration: _20_  
BP: _110/64_  Weight: _____  Oxygen Saturation: _98_  Code Status: _All_

**Immunizations given this admission:**  
☐ Pneumonia  ☐ Influenza

**Personal belongings sent with patient:**  
☐ Dentures  ☐ Eyeglasses  ☐ Hearing aid  
☐ Prosthesis/brace  ☐ Other _____

**Mental Status:** ☑ Alert  ☑ Oriented  ☐ Disoriented  
☐ Lethargic  ☐ Nonresponsive  
Comments: _____

## NUTRITION:
Diet: _Regular_  
Maintain a healthy diet and **weight**, report any sudden **weight gain or loss** to your physician immediately.

### Activities/Limitations: _As tolerated_

### BLOOD GLUCOSE MONITORING: Frequency: _____
Last value: _____  Date/Time: _____

### ANTICOAGULATION: Medication: _Coumadin_
Date/Time of Last Dose: _1.5mg_  
Date/Result of Last INR: _1.2_

### ELIMINATION: Bladder control ☐ Yes ☐ No  Bowel control ☑ Yes ☐ No
☐ Indwelling Catheter  ☐ Intermittent Catheter  
☐ Ostomy/Type: _____  
Date of last bowel movement: _____

### MEDICAL EQUIPMENT WITH PATIENT AT DISCHARGE:
☐ None  ☐ Cane  ☐ Crutches  ☐ Walker  ☐ Wheelchair  
☐ Other _____

### THERAPY:
☐ Physical Therapy  ☐ Occupational Therapy  ☐ Speech Therapy  
Specific orders: _____

## SKIN INTEGRITY: ☐ No problem identified
Place an appropriate letter on affected body part

A. Reddened  
B. Ulcer  
C. Incision site  
D. Ostomy  
E. Rash  
F. Skin tear/abrasion  
G. IV access  
H. Feeding Tube  
I. Other  

Describe Other: _____

## TREATMENT INSTRUCTIONS: (Skin care, isolation, drain(s), dressing(s), Intravenous (IV) access, shunt, special lines, incision care, feeding tube, catheter, ostomy, tracheostomy care, tracheostomy size, pending lab values.) _Give Lovenox injections twice a day — Give next dose on 12/29/09 @ 9pm_

### OXYGEN: _____

### DISCHARGE INFORMATION / PRINTED MATERIAL:
☐ Medications (see medication reconciliation form)  
☐ Diagnosis-specific information: _____

### CALL DOCTOR FOR: _acute change of worsening symptoms_

## APPOINTMENT FOR FOLLOW-UP CARE:

| CALL FOR APPOINTMENT | APPOINTMENT DATE/TIME | DOCTOR(S) | OFFICE PHONE |
|---|---|---|---|
| ☐ | | | |
| ☐ | | | |
| ☐ | | | |

### REFERRALS: (Home Health, Community Resources, Equipment, etc.)

| SERVICE | PROVIDER | PHONE | OTHER |
|---|---|---|---|
| | | | |

Discharge/Transfer Date/Time: _12/28/09 @ 1810_  
Patient left via: ☐ Ambulatory ☑ Wheelchair ☐ Stretcher ☐ Private Vehicle ☐ Ambulance  Destination: ☑ Home ☐ Other: _____  
Items stored in protective services: ☑ N/A ☐ Returned to patient/significant other while on nursing unit ☐ to be collected at discharge  
☑ I have received and understand the above information. ☐ I have received my personal belongings kept on the nursing unit  
Note: Smoking is harmful to your health. If you smoke, you are advised to quit. Please talk to your physician or call the Alabama Quitline at 1-800-Quit-Now (1-800-784-8669) for help.

**BROWN JAMES E**  
VNJ4518  
DOB: 08/26/1947  AGE: 62Y  
IQBAL IJAZ M  
HOLINESS-LOCAL  ADM: 12/26/2009  SEX:M

Patient/Significant Other: _James Brown_  
Nurse: _K Bright RN_

**INFIRMARY WEST**  
**NURSING DISCHARGE SUMMARY**

White - Patient copy



Superintendent of Public Works
**Theodore H. Lawson**

Assistant Superintendent of Public Works
**Richard H. Crist, P.L.S.**

Equipment Services Manager
**Robert J. Gordon**

Superintendent of Building Maintenance
**George E. Oaks**

Director of Inspection Services
**Ted Montgomery**

Director, Public Safety Communications
**Eric M. Linsley**

# MOBILE COUNTY PUBLIC WORKS

Director of Public Works / County Engineer
**Joe W. Ruffer, P.E.**
1150 N. Schillinger Rd.
Mobile, AL 36608
251-574-4030
January 7, 2010

Ms. Karen Brown
Auto Parts Buyer
Department 96
Mobile County Public Works

Dear Ms. Brown:

On Thursday, January 7, 2010, a pre-disciplinary hearing was held on you as a result of your not calling in on Thursday, December 31, 2009, and being shown as "absent without leave" for that day. At the hearing, you told us that you had spoken with your supervisor on Wednesday, December 30, 2009. You were off on that day nursing your husband, who was discharged from the hospital on Monday, December 28, 2009. You stated that you had to give him shots, periodically, for several days and that you thought your supervisor knew that you would not be in on December 31, 2009.

Mr. Ray Shelly was not at work on December 31, 2009, and Mr. Keith Weed did not know that you might not be in that day, so he marked her AWOL. Had you called in on December 31, 2009, as required, you would have been shown on the payroll as being on sick leave.

As a result of your pre-disciplinary hearing, I am changing your AWOL to sick leave. In the future, it is important that you call your supervisor to keep them informed.

Sincerely,

*Theodore H. Lawson, Sr.*
Theodore H. Lawson, Sr.
Public Works Superintendent

/js

Copy   Personnel Board
       Ray Shelly
       File

(Exhibit 3)

October 14, 2011

Karen Padgett-Brown
6407 Gaslight Ln. N.
Mobile, Alabama 36695

Superintendent of Public Works
Theodore H. Lawson

Equipment Service Manager
Robert J. Gordon

Parts Manager
Fletcher K. Robinson

Dear Sirs


Mr. Raymond Shelley has no shame and makes no effort hiding his bullying behavior. There are the screams, the ranting and raving, the tantrums, the cursing of his subordinates and his firing on whim. There is a concessive agreement in the department that this type of displayed behavior is that of a "BULLY". On November 24, 2009 I spoke of the Unlawful Harassment and the Hostile Work Environment, from that date it is still a permanent and ongoing daily part of Department 96.
Mr. Shelly is actually much more prevalent and more dangerous than the bully that rants or rave, he is a manipulator of Upper Management. He uses an emotional cause to keep conflict. Mr. Shelley has no interest in building positive relationship with me or any other persons whom he considers his adversary. Mr. Shelley's behavior is premeditated and possess no empathy. Mr. Shelley displays an excellent "emotional" intelligence. Mr. Shelley targets a subordinate one at a time to destroy their self esteem. He is also excellent at character assassination. I will no longer sit by and watch Mr. Shelley destroy human lives, their families, and Mobile County because no one here wants believe that Mr. Shelley is a Bully in the Workplace.

Thanking You in Advance
Karen Padgett-Brown

October 19, 2011


Karen Padgett Brown
6407 Gaslight Ln N
Mobile, Alabama 36695




On October 13, 2011 there was an attack on me by Mr. Raymond Shelley. He became raged about and order that came in.  This order was for one of the outside, Camp 2. As we were unloading the order he (Mr. Raymond Shelley stormed into the parts room cursing about the order. I handed him the form to which was camp 2.  He continued cursing and swearing which this happens very often. Mr. Fletcher Robinson (my Boss), Mr. David (the outside vendor) of Quality Electric, Mr. Eddie Rome (parts buyer) and Mr. Julius Yancey were present. Mr. Shelley threaten my position, He said that Mr. Robert Gordon gave him these orders. That all approval should come to him for his approval. He stated that when the layoff come he only going to have one buyer and that he did not give a damn who approves or disapprove. He was cursing in a bad way. This action was very unprofessional and should not be part of the workplace.  According to the Law of Human Right of 1964 no persons should be harassed and cursed as part of any workplace.



Thank you,
Karen Padgett Brown

GRIEVANCE CASE #1655, HEARD WEDNESDAY, DECEMBER 14, 2011, AT 9:00 A.M. MOBILE COUNTY PERSONNEL BOARD

### KAREN PADGETT-BROWN VS. MOBILE COUNTY PUBLIC WORKS

#### NATURE OF COMPLAINT AND DESIRED REMEDY:

COMPLAINT:   Harassment by Mr. Raymond Shelley

REMEDY:      Mr. Shelley moved to another department or for her (Ms. Brown) to be moved to another department.

IN A GRIEVANCE HEARING CONDUCTED WEDNESDAY, DECEMBER 14, 2011, THE FOLLOWING IS THE DECISION RENDERED BY THE GRIEVANCE COMMITTEE:

#### UNANIMOUS DECISION:

The panel unanimously finds that Mr. Shelly's behavior was inappropriate and reprehensible. The panel recommends that a letter of reprimand be placed in Mr. Shelly's personnel file. The panel further recommends that Mr. Shell attend the three (3) day Supervisory and Anger Management Courses offered by the Mobile County Personnel Board.

Georgeanna Murphy
Personnel Board's Representative

William Melton
Department's Representative

Theola Bright
Grievant's Representative

Done this 14th day of December 2011



# EMPLOYEE COUNSELING RECORD

Employee Name **Karen P. Brown**     Title **Buyer**   Date **2/6/13**

## TYPE OF REPORT – CHECK ONE

| Supervisor Discussion | Supervisor Written Warning | Supervisor Final Written Warning | Request for Suspension | Request for Termination |
|---|---|---|---|---|
| ✓ () | () | () | () | () |
| | | | Pre-disciplinary hearing | Pre-disciplinary hearing |

**Previous Reports:** () Yes / ✓ No     **Date of Previous Report** _N/A_

**Reason for Counsel:**   () Attendance    () Tardiness    () Attitude

() Violation of County Policy    ✓ Performance    () Safety Violation

() Misconduct/Insubordination    () Other _____

**Comments:** Brought to My attention Sublet prices

**Proposed Solution:** All sublet work, dealing with heavy Equipment must be Submitted to me for consideration and approval ✓ Fletcher Robinson

**Future Action – if problem is repeated:** Written Warning

**Employee Comments:** I will Report Prices to Fletcher Robinson only I want NO contact with Ray Shelly.

My signature below signifies that I have read and understand the above report.

_Karen P. Brown_      _02-06-2013_
**Employee Signature**          **Date**

_Fletcher K. Rob___      _2-6-2013_
**Supervisor Signature**         **Date**

**Supervisor Signature**         **Date**

**Supervisor Signature**         **Date**

Call for Quote (3) Vendor all could Not give Pricing all agreed it depend on the

Revised 08/06/08

Mobile County Commissioners

205 Government Street 8th Floors
Mobile, Alabama 36603

Mobile County PublicWorks
Dir.of Public Works
Joe Ruffer, P.E.
Supt. Theodore H. Lawson
Asst.Supt. Richard H. Crist, P.L.S
Equipment Service Manager

*Response*

Robert J. Gordan
Parts Dept.Supervisor  Fletcher Robinson

Dear Madams and Sirs:

Managing the work environment and facilities applies to all types of work
and workplace. It provides practical guidance for persons conducting a
business or undertaking on how to provide and maintain a physical work
environment that is without risks to health and safety.  Once again I
Karen P. Brown has to be denied my rights to do my job effectively and
what is the best for the Mobile County. My boss Fletcher Robinson has little
knowledge on the Heavy Equipment side of the industry, only because he
have not been or seen how the Heavy Equipment works. He have very little
knowledge on the liability side of Heavy Equipment as well.
I recently had some sublet work sent out to a Hydraulic and Machinists
shop.  I took off briefly for surgery.  The cylinder and motor that I sent to the
establishment  belongs to Camp 2.
When I return to work I was told that the cylinder and motor was picked up
and sent to another establishment that Ray Shelly preferred. It was told to
me that  the repair shop  could not repair the motor, but could repair the
cylinder.   Ray Shelley said if that shop could not do both the He would
pickup both parts. The problem with the repairs of the motor from
the shop could not find information on the manufacture of the motor nor
were there any part numbers to identify the motor. I did the three bid
information as followed: US Machine: labor per hr $65.00, Bayshore Fluid:
labor per hr $65.00, and Caterpillar Hydraulic:  labor per hr $85.00-$125.00
All agree on the size, its capacity, force, and its pressure could not be quoted
until the both parts were inspected and tested. In grievance case#1655 Mr.

Shelley was told to let me do my job. Nothing has changed since 12/14/2011. Mr. Shelley now is using the Indirect Bullying Style and he has recruited followers. He's in a more subtle form of bullying also known as social aggression. Indirect bullying as Mr. Shelley employs techniques such criticism, gossip, and seeks isolation towards me. The Indirect Bullying methods have been a very destructive element to Dept 96 workplace environment.

Mr. Fletcher Robinson has been used by indirect bullying plots . He listened to Mr. Shelley on decision that he himself should be making for his own department.  While my boss Mr. Robinson was on his probationary period, Mr. Shelly was constantly giving him orders as if he (Mr.Robinson) worked for him and not Mr. Gordan. Mr. Shelley has taken Camp 3 budget  over the top, his idea of if I can't hire more mechanics I will show them by sublet the work out. Instead of giving these companies an open check book, there could have been a better solution.

Thank You,
Karen Padgett Brown

# OFFICE OF MOBILE COUNTY ATTORNEY

JAY M. ROSS
County Attorney
jross@mobile-county.net

MARTHA DURANT HENNESSY
Chief Staff Attorney
mhennessy@mobile-county.net

KEVIN L. BOUCHER
Staff Attorney
kboucher@mobile-county.net



LINDA D. BAKER
Legal Assistant
lbaker@mobile-county.net

April 19, 2013

Mrs. Karen Brown
6407 Gaslight Lane North
Mobile, Alabama  36695

Dear Mrs. Brown:

Thank you for meeting with me on April 5th to talk about work conditions at Camp 1. As I advised, the County was particularly concerned about an understanding, which arose from your meeting with Joe Ruffer and Ted Lawson, that you may have suffered sexual harassment or discrimination in the course of your employment.  You and I discussed the meaning of those terms and you advised me this has not occurred.

You did, however, describe bullying and consistently negative and accusatory actions, statements, and attitudes on the part of Ray Shelley. You advised that this is not directed only at you, or only at protected classes such as blacks or females, but also at whites and males.  My research since our meeting indicates such conduct, though regrettable, does not rise to the level of an *illegal* hostile work environment.

Also, you felt you had been provided incomplete information by Mobile County Personnel Board staff in the past. I referred you to the Board's website (personnelboard.org), where personnel board rules can reviewed or printed for future reference.

I appreciate the time you spent talking with me. Please note that I am copying this letter to Commissioner Hudson and Mr. Ruffer.

Very truly yours,

MARTHA E. DURANT

Cc:    Commissioner Connie Hudson
       County Engineer Joe Ruffer

Tenth Floor, South Tower, 205 Government Street, Mobile, Alabama  36644-1001
Telephone: (251) 574-3333 · Facsimile: (251) 574-3335

*(Exhibit # 8)*

Karen Brown
6407 Gaslight Lane North
Mobile, Alabama 36695
May 28, 2013

Office of Mobile County Attorney
205 Government Street
Tenth Floor, South Tower
Mobile Alabama 36644-1001

*Response*

MARTHA DURANT HENNESSY

Chief Staff Attorney

Dear Mrs. Martha Hennessy:

I received your letter Dated April 19,2013  It is important to prevent harassment in the workplace. Harassment harms all.

An important part as Mobile County Commission is to ensure all employees are treated with respect and dignity.  You heard the complaint that I spoke to you about Mr. Ray Shelley's inappropriate conduct and his unprofessional direction.   I have reported what was taking place here only to disperse a reaction of "Regrettable". The occurrence where I an employee stated directly about the direct affect that his harassing conduct of a manager or person of authority. "Quid Pro Quo" in sexual harassment. Adverse employment actions (retaliation) indirectly or directly against employees who complained of harassment or discrimination or who participate in a complaint procedure. Workplace bullying is a repeated mistreatment of one or more employees using humiliation, intimidation and denigration . bulling behavior can exist at any level of an organization. Harassment Race/Color . Race/Color constitutes  harassment  creates a hostile work or offensive work environment  in a adverse employment decisions present and past.

Karen Brown

# OFFICE OF MOBILE COUNTY ATTORNEY



**JAY M. ROSS**
County Attorney
jross@mobile-county.net

**MARTHA DURANT HENNESSY**
Chief Staff Attorney
mhennessy@mobile-county.net

**KEVIN L. BOUCHER**
Staff Attorney
kboucher@mobile-county.net

**LINDA D. BAKER**
Legal Assistant
lbaker@mobile-county.net

July 1, 2013

Mrs. Karen Brown
6407 Gaslight Lane North
Mobile, Alabama  36695

Dear Mrs. Brown:

I apologize for my delay in responding to your letter of May 28, 2013. The County has addressed the issues you mention in prior meetings with you, and in my earlier letter, and advised you of the requirements of the law as it relates to those matters.  You did advise during our April meeting that you had not experienced or observed sexual or racial discrimination. If some more recent event or events cause you to raise those issues again, please contact me immediately.

Very truly yours,

MARTHA E. DURANT

Cc:    County Engineer Joe Ruffer


(Exhibit 10)

May 28, 2013

Mrs. Karen Brown
6407 Gaslight Ln N.
Mobile, Alabama  36695


Mobile CountyCommission
Human Resource  Office
John Pafenbach County Administrator
205 Government Street

Dear Ms.Finese Howard:

 I spoke to briefly to you about the violation of Code of Alabama (1975), Chapter 36,

Title 25, 5, 7 Policy GGP-11 receiving things of Value.   Auto Parts Buyer Eddie Rome,

Received vacation home during spring break  .  Ray Shelley and Keith Weed were in

Conversation with him. Ray spoke to my boss Fletcher about the vacation home .They

were aware of Eddie Rome taking favors from this vendor April 22-26-2013. Eddie

talked to Fletcher and laughed saying about, him being naïve.  He pretended to be

innocent .  He took the  Ethic test, form, and oath.  Which clearly states, soliciting and

receiving things of value  is   prohibited.  I also spoke to you about the training

Eddie Rome is receiving and that I was not  offered  a chance  to any of this training. that

he attended. I was asked one time to work, which I  had to turn down  because it was

outside my job class. I know that he has been to the  .training (3) times.   Worked

overtime   or comp time for the training and working (5)  days in work week.   I spoke to

my supervisor Fletcher Robinson about the Ethic  violation and the Title   VII of the Civil

Rights Act of 1964 prohibits discrimination and  the Equal Pay Act of  1963 as well.

Karen Brown



Assistant County Engineer
**W. Bryan Kegley II, P.E., P.L.S.**

Design Engineering Manager
**Kimberly N. Sanderson, P.E.**

Construction Engineering Manager
**James Vorpahl, P.E.**

Deputy Public Works Director
**Richard A. Mitchell, P.E.**

Environmental Services Director
**G. William Melton, P.E.**

Traffic Manager
**James D. Foster**

# MOBILE COUNTY PUBLIC WORKS

County Engineer / Public Works Director
**Joe W. Ruffer, P.E., F. ASCE**

July 19, 2013

Ms. Karen Brown
Auto Parts Buyer
County Shop
1200 Schillinger Road N.
Mobile, AL 36608

*Re:*    *Response to Meeting held on July 9, 2013*

Dear Ms. Brown,

This letter is in response to our meeting held at the County Shop on Tuesday July 9, 2013. During this meeting you brought up several issues and these are addressed individually below.

First you requested to be paid for training that you did not attend. You stated that you were not given the opportunity to attend. We cannot pay an employee for time that was not spent. As I mentioned during the meeting, we have employees throughout the county that are requested to attend meetings or conferences, while other employees of the same classification are not asked to attend. The employees that did not attend the training do not get paid. These employees may get asked to attend a different training or conference in the future for which they would be paid. The county can only pay for the time of an employee that is actually spent--not what time is anticipated or what time could have been spent.

As far as your supervisor not offering you the opportunity to train, your supervisor has the responsibility to make a determination of which employees need additional training. However, with that being said, we have discussed this issue with your supervisor and he will insure that all auto parts buyers are given equal opportunity for training in the future. This does not mean that everyone will be asked every time training comes up or that all auto parts buyers will be sent to the same training events. It does mean that the supervisor will try to make sure that each auto parts buyer has the same number of opportunities for training. However, this training should be directly related to your job duties for your classification. We discussed this particular instance with the supervisory staff, and they assured us that they were in no way trying to leave anyone out of this opportunity. In this instance, the supervisor was notified at the end of the work day that a mechanic would not be able to attend a class that was already paid for. The supervisor then went into the break room and asked if there was anyone who wanted to fill the vacant position and Mr. Rome spoke up and volunteered. Unfortunately, you were not in the break room at that time. But again, the supervisors have been reminded to make a conscious effort to spread out these training opportunities equally.

Mobile Government Plaza • 205 Government Street • Mobile, Alabama 36644-1600
Phone: (251) 574-8595 • Fax: (251) 574-4722 • www.mobilecountypublicworks.net

The next issue that was discussed was that another auto parts buyer was offered the opportunity to work overtime on the weekend on several occasions. We checked into this claim and the auto parts buyers were asked if they wanted to come in and work overtime on a couple of weekends and only Mr. Rome accepted the offer. You stated yourself that you were also given this same opportunity and turned it down stating that the work that was being requested was outside of your classification and you were not going to do that. The work that was needed was to help work on a track hoe and fuel truck in order to get them back into operation. There was no need for us to order parts over the weekend for these task since all needed parts had already been ordered and received during normal working hours. Therefore, since there was no need to order parts over the weekend, there was no need for an auto parts buyer. Mr. Rome volunteered to help out on the track hoe and fuel truck and was not ordering parts over these weekends. You also requested to be paid for the same amount of overtime that was received by Mr. Rome for these days that he did work and you did not. Again, Mobile County cannot pay for work that was not performed.

The next issue that you brought up was about a potential ethics violation of another employee. We discussed the particulars of the incident, and you stated that you have already filed a complaint with the Ethics Commission. You did the right thing by filing the complaint with the Ethics Commission but you also needed to notify your supervisor of an issue as serious as this. We cannot take action on something we are not aware of. This issue is being investigated and appropriate measures will be taken.

The next issue that was discussed was that you feel that Mr. Ray Shelly, Garage Supervisor, is not a good supervisor and that you do not like his domineering supervisory style. As the garage supervisor, Mr. Shelly is responsible for every area of that department. He is responsible for all aspects of the work product that comes out of that department and to take corrective action when he sees something that is not right. We have discussed your concerns with Mr. Shelly and expressed the importance for him to treat people with respect and the way that he would want to be treated.

These are the issues from the meeting as I understood them. If any issues have been missed or you have or need additional information, please contact our office.

Sincerely,
Mobile County Engineering Department

Ricky Mitchell, PE
Deputy Public Works Director

Copy:  Joe W. Ruffer, PE – County Engineer/Public Works Director
Ted Lawson, Sr. – Road and Bridge Superintendent
Kevin Boucher – Staff Attorney
File

# STATE OF ALABAMA
# ETHICS COMMISSION

RSA UNION BUILDING
100 NORTH UNION STREET, SUITE 104
MONTGOMERY, ALABAMA 36104

MAILING ADDRESS
P. O. BOX 4840
MONTGOMERY, ALABAMA 36103-4840

PHONE:  (334) 242-2997
FAX: (334) 242-0248

## COMPLAINT

I.  **Complainant's Name** : KAREN P. Brown
(Person making complaint)

**Address** : 6407 Gaslight Ln N.

**City/County/State/Zip** : Mobile Alabama 36695

**Home Phone** : 251-554-2676

**Place of Employment** : Mobile County Commissions

**Employer's Address** : 205 Government Street

**City/County/State/Zip** : Mobile Alabama 36602

**Work Phone** : 251-5

NOTE:  PLEASE LIST ONLY ONE (1) RESPONDENT PER COMPLAINT FORM.
PLEASE USE A NEW FORM FOR EACH ADDITIONAL RESPONDENT.

II.  **Respondent's Name and
Title/Position Held** : Eddie Rome,
(Person against whom complaint is made)

**Address** : 1200 Schellenger Rd

**City/County/State/Zip** : Mobile Alabama

**Home Phone** : (Unknown) Work address above

**Place of Employment** : Mobile County Commissions

**Date of Occurrence** : April 22-26-2013

Page 1 of 2



# STATE OF ALABAMA
# ETHICS COMMISSION



**MAILING ADDRESS**
P.O. BOX 4840
MONTGOMERY, AL
36103-4840

**STREET ADDRESS**
RSA UNION
100 NORTH UNION STREET
SUITE 104
MONTGOMERY, AL 36104

**COMMISSIONERS**
Josephine M. Venable, Chair
Anthony Humphries, Vice-Chair
Dr. Jewell W. Henderson
Timothy P. Chinaris, Esq.
Stewart Hill Tankersley, M.D.

James L. Sumner, Jr.
Director

TELEPHONE (334) 242-2997
FAX (334) 242-0248
WEB SITE: www.ethics.alabama.gov

July 23, 2013

*Exhibit 12*

Ms. Karen P. Brown
6407 Gaslight Lane N.
Mobile, Alabama 36695

Dear Ms. Brown:

We are in receipt of your complaint against Mr. Eddie Rome.

We have assigned the matter Case No. 2013-179.

In the near future, the case will be assigned to a Special Agent to conduct an investigation into the complaint. An Agent will be contacting you as soon as possible.

Sincerely,

Hugh R. Evans, III
General Counsel

/jd

*Exhibit #10*



Superintendent of Public Works
**Theodore H. Lawson, Sr.**

Assistant Superintendent of Public Works
**Richard H. Crist, Sr., P.L.S.**

Equipment Services Manager
**Robert J. Gordon**

Superintendent of Building Maintenance
**George E. Oaks**

Director of Inspection Services
**Ted Montgomery**

Director, Public Safety Communications
**Eric M. Linsley**

# MOBILE COUNTY PUBLIC WORKS

Director of Public Works / County Engineer
**Joe W. Ruffer, P.E., F. ASCE**

7511 Howells Ferry Road
Mobile, AL 36618
251-574-4030
November 22, 2013

Mr. Donald Dees, Director
Mobile County Personnel Board
P O Box 66794
Mobile, AL 36660-1794

Dear Mr. Dees:

On Friday, November 15, 2013, a pre-disciplinary hearing was held on Ms. Karen Brown, Automotive Parts Buyer in Department 96, for violation of Mobile County Personnel Board Rule 14.2 (l) violation of any lawful or reasonable regulations or order made and given by a superior officer. Those present at this hearing were Mr. Robert Gordon, Mr. Fletcher Robinson, Mr. Ray Shelly, Mr. Neal Howard, Mr. Ricky Mitchell, Ms. Karen Brown, and I.

At this hearing, Ms. Brown said that she would like to see the paper work that resulted in her pre-disciplinary hearing. I handed her two (2) Mobile County Commission Purchase Orders, both numbered P195581. One of these purchase orders was issued to Hillman Oil, Inc., for a gear at a cost of $31.22 and the other purchase order was issued to Clutch and Powertrain for two (2) PTO gears at a cost of $250.00.

I asked Ms. Brown why she bought parts for her personal use on a county purchase order. She told us that she did not do that. She said that the purchase order was changed by someone at Clutch and Powertrain. That purchase order was generated by Ms. Brown (see Attachment #1). The sales representative for Clutch and Powertrain remembered Ms. Brown calling him on his cell phone inquiring about this purchase (see Attachment #2). These front axle assemblies were picked up by our parts runner and were put into Ms. Brown's car in the employee parking lot at the direction of Ms. Brown.

The other purchase order, Number P195581 issued to Hillman Oil, Inc., was changed to Beard Equipment Company, according to Ms. Brown. I asked her if she had a copy of the Beard purchase order and she told us she did not, but we could look it up by the purchase order number. She told us that after creating a purchase order to a vendor, if they could not fill the order, she could change the purchase order to another vendor. She said that happens often. Mr. Mitchell asked Ms. Brown why a purchase order could not be voided and she responded that only Ms. Susan Holland could void a purchase order.

Ms. Brown was then informed that again on November 7, 2013, she placed parts (studs) on a purchase order for her personal use. Purchase Order P195653 shows that 10 studs at a cost of $39.00 were charged to Mobile County. Ms. Brown created that purchase order, as well as signed for the parts (including the studs) when they were delivered to Mobile County. However, she told us that she did not order these studs; that she only inquired about their availability. These studs were, in fact, returned to O'Reilly Automotive Stores, Inc., for credit. They were also shown on Purchase Order P195653 (see Attachment #3).

Mr. Donald Dees
Page 2

Ms. Brown has issued purchase orders in the past for parts for herself. After the first occurrence. Mr. Robert Gordon, Equipment Services Manager, gave her a verbal reprimand for ordering motor mounts and transmission mounts from O'Reilly Automotive, Inc., for a Toyota pickup truck. This purchase order, P158733, was generated on December 30, 2010 (See Attachment #4).

After going thru these purchases with Ms. Brown, I showed her a copy of the General Purchasing Policies and she said that she was very familiar with it. I then read her a portion of Policy GPP-2, which says. "Personnel appointed by the Commission who initiate an unauthorized transaction may be terminated or subject to some other disciplinary action as determined by the department head and/or County Administrator."

After asking if anyone had any more questions. Ms. Brown told us that this was all brought about as a result of Mr. Ray Shelly's desire to get rid of her. She continued stating that Mr. Shelly's 2013 county truck, with 16,000 miles on it, already had a second set of tires and another battery. She then told us that she was being persecuted by Mr. Shelly and that he would not stop until she was gone. She also told us that she was going to file another grievance. At this time, I concluded the hearing.

I believe that in the last two purchases made on November 6, 2013, and November 7, 2013, Ms. Brown created Mobile County purchase orders to vendors for items that she needed for her own personal use. As a result of this pre-disciplinary hearing, it is my recommendation that Ms. Karen Brown be terminated at the end of the day on Wednesday, November 27, 2013, as a result of her repeatedly initiating unauthorized transactions.

Your assistance in this matter is appreciated.

Sincerely,                                                    APPROVED:

Theodore H. Lawson, Sr.                                      Joe W. Ruffer, PE
Public Works Superintendent                                  County Engineer/Public Works Director

                                                             Merceria Ludgood, President
                                                             Mobile County Commission

/js

Attachments

Copy   Karen Brown
       Robert Gordon
       Finise Burnett
       County Payroll
       Mike Faggard
       File

EXhibit#14

**CLUTCH & POWERTRAIN**
AL - (251) 433-3698
FL - (850) 432-7742
DIVISION OF CLUTCH PRODUCTS, INC.
P.O. BOX 1393 • MOBILE, AL 36633 • 1159 S. BROAD ST. • MOBILE, AL 36603 OR 4811 N. PALAFOX • PENSACOLA, FL 32505
www.clutchproducts.com

User: 1m
Loc : 1
Page: 1

Cash Account

Cust: 0   0      CASH   INVOICE: 392241
Codes: 7   REPRINT
11/06/2013   12:03PM

Ph:

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | CORE | LIST EACH | YOUR COST | EXTENSION | TAX |
|---|---|---|---|---|---|---|---|---|
| 2 | | MGR 3W1Z-4234KA   (1) | | | 125.00 | 125.00 | 250.00 | T |
| | | (1) 03-04 MERC S/A2733 28spl | | | 11.59 | 5.59 | 11.18 | T |
| 2 | | NTS 8660S   (1) | | | | | | |
| | | Zone:B   Bin:2 | | | | | | |
| | | (1) CRS 13992 S/A 46485 | | | 19.88 | 12.25 | 24.50 | T |
| 2 | | SAP 566121   S/A R1563TAV | | | | | | |

Cash   314.25

312.94                          285.68 28.57

| TOTAL UNITS | FREIGHT | LABOR | MISC. | CORE TOTAL | LIST TOTAL | NON-TAXABLE | TAXABLE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | 314.25 | 1 |

RECEIVED BY: X

PAY THIS AMOUNT ▶

TRANSMISSION PARTS
CLUTCHES - NEW & REBUILT
DRIVE LINE & U-JOINTS
POWER TAKE OFFS & PARTS
INDUSTRIAL ROLL BRAKE LINING



AL - (251) 433-3696
FL - (850) 432-7742

**CLUTCH & POWERTRAIN**
DIVISION OF CLUTCH PRODUCTS, INC.
P.O. BOX 1993 • MOBILE, AL 36633 • 1159 S. BROAD ST. • MOBILE, AL 36603 OR 4611 N. PALAFOX • PENSACOLA, FL 32505
www.clutchproducts.com

User: 1m
Loc :      1
Page:      1

**TRANSMISSION PARTS**
**CLUTCHES - NEW & REBUILT**
**DRIVE LINE & U-JOINTS**
**POWER TAKE OFFS & PARTS**
**INDUSTRIAL ROLL BRAKE LINING**

| TOTAL UNITS | FREIGHT | LABOR | MISC. | CORE TOTAL | LIST TOTAL | NON-TAXABLE | TAXABLE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| 6 | | | | | 312.94 | 285.68 | | |

RECEIVED BY: X

PAY THIS AMOUNT ▶   285.68

(FAX) 12514333732

P. 001/001

11/15/2013    10:11kyocera

AL - (251) 433-3696
FL - (850) 432-7742

**CLUTCH & POWERTRAIN**
DIVISION OF CLUTCH PRODUCTS, INC.
P.O. BOX 1393 • MOBILE, AL 3 1 • 1159 S. BROAD ST. • MOBILE, AL 36603 OR 46 . PALAFOX • PENSACOLA, FL 32505
www.clutchproducts.com

```
                                                        User:1m
                                                        Loc :    1
                                                        Page:    1
```

MOBILE COUNTY GARAGE          Cust: 3200    105      CHARGE CREDIT:392240
P.O. BOX 1443                                           Codes:7
                                                     11/06/2013   12:01PM
MOBILE,       AL 36601       PH:574-4030

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | CODE | LIST EACH | YOUR COST | EXTENSION | TAX |
|----------|------|-------------|-------------|------|-----------|-----------|-----------|-----|
| -2 | | MGR 3W1Z-4234KA (1) | | | 125.00 | 125.00 | -250.00 | |
| | | Originally purchased 11/06/13, invoice 392235. | | | | | | |
| | | (1) 03-04 MERC S/A2733 28sp | | | | | | |
| -2 | | NTS 8660S (1) | | | 11.59 | 5.59 | -11.18 | |
| | | Zone:B    Bin:2 | | | | | | |
| | | Originally purchase | | | | | | |
| | | (1) CRS 13992 S/A 4 | | | | | | |
| -2 | | SAP 566121 S/A | | | 12.25 | 12.25 | -24.50 | |
| | | Originally purchased 11/06/13, invoice 392235. | | | | | | |
| | | A/R charge   -285.68 | | | | | | |

| TOTAL UNITS | | FREIGHT | LABOR | MISC. | CORE TOTAL | LIST TOTAL | NON-TAXABLE | TAXABLE | TOTAL T. |
|-------------|-|---------|-------|-------|------------|------------|-------------|---------|----------|
| | | | | RECEIVED BY: X | | PAY THIS AMOUNT ▶ | | | |

TRANSMISSION PARTS
CLUTCHES - NEW & REBUILT
DRIVE LINE & U-JOINTS
POWER TAKE OFFS & PARTS
INDUSTRIAL ROLL BRAKE LINING

---

AL - (251) 433-3696
FL - (850) 432-7742

**CLUTCH & POWERTRAIN**
DIVISION OF CLUTCH PRODUCTS, INC.
P.O. BOX 1393 • MOBILE, AL 36635 • 1159 S. BROAD ST. • MOBILE, AL 36603 OR 4611 N. PALAFOX • PENSACOLA, FL 32505
www.clutchproducts.com

```
                                                        User:1m
                                                        Loc :    1
                                                        Page:    2
```

MOBILE COUNTY GARAGE          Cust: 3200    105      CHARGE CREDIT:392240
P.O. BOX 1443                                           Codes:7
                                                     11/06/2013   12:01PM
MOBILE,       AL 36601       PH:574-4030

| QUANTITY | LINE | PART NUMBER | DESCRIPTION | CODE | LIST EACH | YOUR COST | EXTENSION | TAX |
|----------|------|-------------|-------------|------|-----------|-----------|-----------|-----|
| | | Terms:NET 15TH | | | | | | |



| TOTAL UNITS | | FREIGHT | LABOR | MISC. | CORE TOTAL | LIST TOTAL | NON-TAXABLE | TAXABLE | TOTAL T. |
|-------------|-|---------|-------|-------|------------|------------|-------------|---------|----------|
| 0 | | | | | | -312.94 | -285.68 | | |
| | | | | RECEIVED BY: X | | PAY THIS AMOUNT ▶ | | -285.68 | |

TRANSMISSION PARTS
CLUTCHES - NEW & REBUILT
DRIVE LINE & U-JOINTS
POWER TAKE OFFS & PARTS
INDUSTRIAL ROLL BRAKE LINING



**FIRST CALL**
BILL TO

**Auto Parts For Professionals**
SHIP TO

301303

STORE PHONE # 251 776-7003
ADDRESS: 261 SCHILLINGER RD S
MOBILE AL 36608-5818
REMIT TO: PO BOX 9464
SPRINGFIELD MO 65801-9464

Exhibit 14C

MOBILE CO. COMMISSION RE
205 GOVERNMENT STREET
ACCT PAY 8TH FLOOR ADM
MOBILE          AL 36644-0001

INVOICE NUMBER: 0975-109022
INVOICE TYPE: CHARGE SALE
INVOICE DATE: 11/07/13

| COUNTER NO. | SPECIAL INSTRUCTIONS | | SHIP VIA | CUSTOMER ORDER NO. | TIME OF ORDER | FILLED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|
| 89191 | | | DELIVER | P195653 | 14:38:25 | | |

2:38 pm

| TAX | QTY. | LINE | ITEM NUMBER | UNIT MEAS. | CD. | DESCRIPTION | LIST PRICE | NET PRICE | DISC % | CORE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | → Earn great rewards with the NEW Parts Payoff program. www.FirstCallOnline.com | | | | | | | | |
| N | 3 | PER 80697 | | EA | | 9ozSealant | 13.54 | 7.99 | | | 23.97 |
| | | | MANUFACTURER'S DEFECT WARRANTY | | | | | | | | |

| TOTALS | | 40.62 | 23.97 |

CUSTOMER COPY   *"We appreciate your business"*

KAREN
CUSTOMER SIGNATURE   Karen P. Crow

| | |
|---|---|
| SUB-TOTAL | 23.97 |
| CASH TEND. | |
| MISC. | |
| CHANGE | |
| TAX/FEES | .00 |
| TOTAL | 23.97 |

***ALL MERCHANDISE RETURNED MUST BE ACCOMPANIED BY THIS INVOICE***

---

**FIRST CALL**
BILL TO

**Auto Parts For Professionals**
SHIP TO

301303

STORE PHONE # 251 776-7003
ADDRESS: 261 SCHILLINGER RD S
MOBILE AL 36608-5818
REMIT TO: PO BOX 9464
SPRINGFIELD MO 65801-9464

MOBILE CO. COMMISSION RE
205 GOVERNMENT STREET
ACCT PAY 8TH FLOOR ADM
MOBILE          AL 36644-0001

INVOICE NUMBER: 0975-108981
INVOICE TYPE: CHARGE SALE
INVOICE DATE: 11/07/13

| COUNTER NO. | SPECIAL INSTRUCTIONS | | SHIP VIA | CUSTOMER ORDER NO. | TIME OF ORDER | FILLED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|
| 89191 | | | DELIVER | P195653 | 13:00:17 | | |

1:00 pm

| TAX | QTY. | LINE | ITEM NUMBER | UNIT MEAS. | CD. | DESCRIPTION | LIST PRICE | NET PRICE | DISC % | CORE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | → Earn great rewards with the NEW Parts Payoff program. www.FirstCallOnline.com | | | | | | | | |
| | | | 2003 Ford Crown Victori | | | | | | | | |
| N | | 10 DOR 610-481 | | EA | | WHEEL STUD | 6.76 | 3.90 | | | 39.00 |
| | | NO VEHICLE INFORMATION AVAILABLE | | | | | | | | | |
| N | | 3 INT P150UV-OT | | EA | | Qt Pag Oil | 42.36 | 24.99 | | | 43.98 |
| | | | 90 DAY LIMITED WARRANTY | | | | | | | | |
| | | | Not for use on hybrid/electric vehicles with non-belt driven | | | | | | | | |
| | | | (electric driven) compressors | | | | | | | | |
| N | | 1 CHP 71 | | EA | | SPRAY PLUS | 3.37 | 1.99 | | | 1.99 |
| | | | 2 YEAR LIMITED WARRANTY | | | | | | | | |

| TOTALS | | 155.65 | 90.97 |

CUSTOMER COPY   *"We appreciate your business"*

KAREN
CUSTOMER SIGNATURE   Karen P. Crow

| | |
|---|---|
| SUB-TOTAL | 90.97 |
| CASH TEND. | |
| MISC. | |
| CHANGE | |
| TAX/FEES | .00 |
| TOTAL | 90.97 |

***ALL MERCHANDISE RETURNED MUST BE ACCOMPANIED BY THIS INVOICE***

Total Amt

*Exhibit 14D*



**FIRST CALL**

*Auto Parts For Professionals*

BILL TO

STORE PHONE # 251 776-7003
ADDRESS: 261 SCHILLINGER RD S
MOBILE AL 36608-5018
REMIT TO: PO BOX 9464
SPRINGFIELD MO 65801-9464

301307                                    SHIP TO

MOBILE CO. COMMISSION AB
205 GOVERNMENT STREET
ACCT PAY 8TH FLOOR ADM
MOBILE            AL 36644-0001

| INVOICE NUMBER | 0975-110283 |
| INVOICE TYPE | CREDIT ACCOUNT |
| INVOICE DATE | 11/12/13 |

| COUNTER NO. | SPECIAL INSTRUCTIONS | SHIP VIA | CUSTOMER ORDER NO. | TIME OF ORDER | FILLED BY | CHECKED BY |
|---|---|---|---|---|---|---|
| 89191 | | | C | 09:25:35 | | |

| TAX | QTY. | LINE | ITEM NUMBER | UNIT MEAS. | CD. | DESCRIPTION | LIST PRICE | NET PRICE | DISC % | CORE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N | NR | 10 | DOR 610-481 | EA | | WHEEL STUD | 6.76- | 3.90- | | | 39.00- |

—) Earn great rewards with the NEW Parts Payoff program. www.FirstCallOnline.com
******** RETURN AUTHORIZATION ********    MGR OK—                    ***
*** ORIGINAL INV#= 000975-108981      RETURN - VERIFIED    ORIG SLS#=    ***

TOTALS        10    **CUSTOMER COPY**    *"We appreciate your business"*

| | 67.50- | 39.00- | SUB-TOTAL | 39.00- |
| KAREN | | | MISC. | |
| CUSTOMER SIGNATURE | CASH TEND. | | TAX/FEES | .00 |
| | CHANGE | - | TOTAL | 39.00- |

***ALL MERCHANDISE RETURNED MUST BE ACCOMPANIED BY THIS INVOICE***

*4day Wash week / with Vetran Day off*

*BS — 11-11-2013 - Vetrans day — close
11-7-2013 —
11-8-2013 — Friday — closed
11-9-2013 — SAturday — closed
11-10-2013 — Sunday — Closed*

## Invoice 1 (top left)

**Auto Parts For Professionals**

STORE PHONE # 251 776-7003

301393
SHIP TO

ILE CO. COMMISSION RB
GOVERNMENT STREET
T PAY 8TH FLOOR ADM
ILE                    AL 36644-0001

INVOICE NUMBER: 0975-220063
INVOICE TYPE: CHARGE SALE
INVOICE DATE: 1/04/11

| | | SPECIAL INSTRUCTIONS | | SHIP VIA | CUSTOMER ORDER NO. | TIME OF ORDER | FILLED BY | CHECKED BY |
|---|---|---|---|---|---|---|---|---|
| | | | | DELI'ER | P158733 | 13:48:51 | | |

| QTY. | LINE | ITEM NUMBER | UNIT MEAS. | CD. | DESCRIPTION | LIST PRICE | NET PRICE | DISC % | CORE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | ANR 8162 | EA | Z | MOTOR MOUNT | 93.20 | 49.21 | | | 98.42 |
| 1 | | ANR 2410 | EA | Z | TRANS MOUNT | 23.71 | 12.52 | | | 12.52 |
| | | LIMITED LIFETIME WARRANTY | | | | | | | | |

SUB-TOTAL 110.94
MISC.
TAX/FEES
TOTAL 110.94

CASH TEND.
CHANGE

210.11  110.94

**CUSTOMER COPY** "We appreciate your business"

SIGNATURE

CHANDISE RETURNED MUST BE ACCOMPANIED BY T

## Invoice 2 (top right)

**FIRST CALL** Auto Parts For Professionals

STORE PHONE # 251 776-7003
REMIT TO: PO BOX 790098
ST LOUIS MO 63179-0098

BILL TO
SHIP TO

301393

MOBILE CO. COMMISSION RB
205 GOVERNMENT STREET
ACCT PAY 8TH FLOOR ADM
MOBILE                 AL 36644-0001

INVOICE NUMBER: 0975-22
INVOICE TYPE: CREDIT ACC
INVOICE DATE: 1/0

| COUNTER NO. | | SPECIAL INSTRUCTIONS | | | SHIP VIA | CUSTOMER ORDER NO. | TIME OF ORDER | FILLED BY |
|---|---|---|---|---|---|---|---|---|
| 89191 | | | | | | C | 11:03:18 | |

| TAX | QTY. | LINE | ITEM NUMBER | UNIT MEAS. | CD. | DESCRIPTION | LIST PRICE | NET PRICE | DISC % | CORE PRICE | EXTENDE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N | NR | 2 | ANR 8162 | EA | | MOTOR MOUNT | 93.20 | 49.21 | | | 98 |
| N | NR | 1 | ANR 2410 | EA | | TRANS MOUNT | 23.71 | 12.52 | | | 12 |

******** RETURN AUTHORIZATION ********
*** ORIGINAL INVO- --          MGR OK-          ORIG BLSM-

TOTALS     210.11  110.94

SUB-TOTAL 110.9
MISC.
TAX/FEES
TOTAL 110.9

CASH TEND.
CHANGE

**CUSTOMER COPY** "We appreciate your business"

KAREN
CUSTOMER SIGNATURE

ALL MERCHANDISE RETURNED MUST BE ACCOMPANIED BY THIS INVOICE

## Invoice 3 (bottom)

**FIRST CALL** Auto Parts For Professionals

STORE PHONE # 251 776-7003
REMIT TO: PO BOX 790098
ST LOUIS MO 63179-0098

BILL TO
SHIP TO

301393

A/R
Karen

MOBILE CO. COMMISSION RB
205 GOVERNMENT STREET
ACCT PAY 8TH FLOOR ADM
MOBILE                 AL 36644-0001

INVOICE NUMBER: 0975-220272
INVOICE TYPE: CHG. CARD SALE
INVOICE DATE: 1/06/11

| COUNTER NO. | | SPECIAL INSTRUCTIONS | | | SHIP VIA | CUSTOMER ORDER NO. | TIME OF ORDER | FILLED BY | CHECKED |
|---|---|---|---|---|---|---|---|---|---|
| 89191 | | | | | DELIVER | CASH | 11:02:35 | | |

| TAX | QTY. | LINE | ITEM NUMBER | UNIT MEAS. | CD. | DESCRIPTION | LIST PRICE | NET PRICE | DISC % | CORE PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| T | 2 | | ANR 8162 | EA | | MOTOR MOUNT | 93.20 | 49.21 | | | 9 |
| T | 1 | | ANR 2410 | EA | | TRANS MOUNT | 23.71 | 12.52 | | | |
| | | | LIMITED LIFETIME WARRANTY | | | | | | | | |

CREDIT CARD-VISA 9558       EXPIRATION DATE XX/XX    AUTHORIZATION-128115

TOTALS     210.11  110.94

SUB-TOTAL 110.94
MISC.
TAX/FEES 11.09

CASH TEND.
CHANGE

Pd. cc

**CUSTOMER COPY** "We appreciate your business"

CUSTOMER SIGNATURE

*Exhibit 15*

December 2, 2013

Mobile County Personnel Board
1809 Government Street
Mobile, Alabama 36606

Mr. Donald Dees
Personnel Director
1809 Government Street
Mobile, Alabama 36606

Dear Mr. Dees

I was issued a disciplinary action on November 13,2013. I then was informed by another disciplinary action at the end of day that this action would changed to the 15th of November . On November 21st I call my Supervisor Fletcher Robinson to ask for the forms to file a grievance. Mr. Fletcher said he would ask Robert Gordon . Mr. Robinson called me back. He then said to me while hearing Robert Gordon in the background . Mr. Robinson "stated, you, can not file a grievance because there hasn't been any answer to the hearing . I said to Him this is more than a hearing decision. Mr. Robinson said ,Robert Gordon told him no papers would be issued. This is what I was hearing Gordon say out loud. I heard the Hostility in Gordon's voice. The Hostile Workplace forum embedded in this Operation. I should be allowed to file that grievance. I asked in timely manner for the papers to be filed, my Civil Rights has been violated. I await your decision.

Thank you,

Karen Brown: *Karen Brown* Date: 12-2-2013

Signature of Receipt: Donald Dees
X
                                    Date:



1809 Government Street
Mobile, Alabama 36606
P. O. Box 66794
Mobile, Alabama 36660-1794
Phone: 251-470-7727
Fax: 251-470-1708
http://www.personnelboard.org

# THE PERSONNEL BOARD FOR MOBILE COUNTY, ALABAMA

Sydney G. Raine, Chairman
Frank C. Sullivan, Jr. Vice-Chairman
Donald Dees, Personnel Director

A. Earl Broadus, Associate
Annie S. Galloway, Associate
Irene Ware, Associate

December 9, 2013

Ms. Karen Padgett-Brown
6407 Gaslight Lane North
Mobile, AL 36695

*Response*

RE:     Memo to Personnel Director received December 3, 2013

Dear Ms. Brown:

This letter acknowledges receipt of the above listed memo and subsequent phone conversation on December 4, 2013.

Based on the details of your memo, you indicate you made a request for forms to file a grievance to your Supervisor Fletcher Robinson and was denied. Your request was made after you received notice of a pre-disciplinary hearing initially scheduled November 13, 2013 and subsequently re-scheduled to November 15, 2013. During our phone conversation on December 4th you said your request to file a grievance was the belief your work environment was one of "harassment".

Mobile County, your former employer, has a process/procedure to address a complaint of harassment available to all employees. This process/procedure is the appropriate mechanism to address your complaint, not the grievance procedure. I made you aware of this during our phone conversation on December 4th. I also asked if you believed your complaint of harassment is connected to termination of your employment. You said yes. Since your employment terminated on November 28, 2013, I advised that you may consider incorporating this matter into your appeal of your dismissal scheduled for January 16, 2014, if appropriate.

As discussed during our phone conversation, I would inform your former employer, Mobile County, of this matter and ask them to address this situation as they deem appropriate.

Sincerely,

Donald Dees
Personnel Director



1809 Government Street
Mobile, Alabama 36606
P. O. Box 66794
Mobile, Alabama 36660-1794
Phone: 251-470-7727
Fax: 251-470-1708
http://www.personnelboard.org

# THE PERSONNEL BOARD FOR MOBILE COUNTY, ALABAMA

Sydney G. Raine, Chairman
Frank C. Sullivan, Jr. Vice-Chairman
Donald Dees, Personnel Director

A. Earl Broadus, Associate
Annie S. Galloway, Associate
Irene Ware, Associate

December 3, 2013

Ms. Karen Brown
6407 Gaslight Lane, North
Mobile, AL 36695

Dear Ms. Brown:

The Personnel Board has scheduled a hearing on your appeal from dismissal for **THURSDAY, JANUARY 16, 2014, at 9:00 a.m.** at the office of the Mobile County Personnel Board at 1809 Government Street, Mobile, Alabama.

Please notify our office **in writing** if you would like to have any witnesses subpoenaed or employees to testify on your behalf.

If you have any questions, please call 445-4583 or 470-7727.

Sincerely,

Donald Dees
Personnel Director

DD/em



1809 Government Street
Mobile, Alabama 36606
P. O. Box 66794
Mobile, Alabama 36660-1794
Phone: 251-470-7727
Fax: 251-470-1708
http://www.personnelboard.org

# THE PERSONNEL BOARD FOR
# MOBILE COUNTY, ALABAMA

Sydney G. Raine, Chairman
Frank C. Sullivan, Jr. Vice-Chairman
Donald Dees, Personnel Director

A. Earl Broadus, Associate
Annie S. Galloway, Associate
Irene Ware, Associate

January 7, 2014

Ms. Karen Brown
6407 Gaslight Lane, North
Mobile, AL 36695

Dear Ms. Brown:

The Personnel Board has approved a request from Jay Ross, Attorney for Mobile County, to reschedule the hearing concerning your appeal from dismissal that had been scheduled for January 16, 2014, due to a material witness for Mobile County being unavailable the week of January 13, 2014.

The Personnel Board has **rescheduled** your hearing for **TUESDAY, FEBRUARY 18, 2014, at 9:00 a.m.** at the office of the Mobile County Personnel Board at 1809 Government Street, Mobile, Alabama.

Please notify our office **in writing** if you would like to have any witnesses subpoenaed or employees to testify on your behalf.

If you have any questions, please call 445-4583 or 470-7727.

Sincerely,

Donald Dees
Personnel Director

DD/em