IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KAREN PADGETT BROWN, ) | |
|     Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 14-00343-KD-C |
| ) | |
| MOBILE COUNTY COMMISSIONERS, ) | |
| *et al.*, ) | |
|     Defendants. ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 23, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant Mobile County Commissioners' motion to dismiss (Doc. 9) is **GRANTED** such that all of the Plaintiff's remaining claims against Defendant Mobile County Commissioners are hereby **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **26**[th] day of **March 2015.**

                                        /s/ Kristi K. DuBose
                                        **KRISTI K. DuBOSE**
                                        **UNITED STATES DISTRICT JUDGE**