IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KAREN PADGETT BROWN,** )<br>    **Plaintiff,** )<br>v. )<br> )<br>**MOBILE COUNTY COMMISSIONERS,** )<br>*et al.*, )<br>    **Defendants.** ) | **CIVIL ACTION NO. 14-00343-KD-C** |

**JUDGMENT**

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that the Mobile County Commissioners' motion to dismiss (Doc. 9) is **GRANTED** and all claims asserted against all Defendants are **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **26**[th] day of **March 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**